IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND BROWN,**<br>　　　　　　**Plaintiff,**<br>　　v.<br>**CAMPBELL,** *et al.*,<br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 23-2771** |

**ORDER**

**AND NOW**, this 13th day of October 2023, upon consideration of Plaintiff Raymond Brown's *pro se* Complaint [Doc. No. 2], it is **ORDERED** that:

1. Brown's Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and for the reasons stated in the accompanying Memorandum Opinion. The dismissal is without prejudice to Brown filing a new case if his underlying parole violation or convictions are reversed, vacated, or otherwise invalidated.

2. Brown's "Motion to Amend Complaint" [Doc. No. 13] is **DENIED WITHOUT PREJUDICE** for the reasons stated in the accompanying Memorandum Opinion.

3. Brown's "Motion to Preserve Evidence" [Doc. No. 11] and "Motion for Reconsideration" [Doc. No. 12] are **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**