IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND BROWN** <br><br> **Plaintiff,** <br><br> v. <br><br> **DOUGLAS H.E. CAMPBELL, et al.** <br><br> **Defendants.** | **CIVIL ACTION NO. 23-2771** |

## ORDER

**AND NOW,** this 3rd day of April 2024, upon consideration of Plaintiff Raymond Brown's *pro se* Motion for Reconsideration [Doc. No. 18], Motion to Amend [Doc. No. 19], Second Motion to Amend [Doc. No. 20], and Second Motion for Reconsideration [Doc. No. 22], it is hereby **ORDERED** that Plaintiff's Motions are **DENIED** for the reasons set forth in the accompanying Memorandum Opinion. This case is to remain **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**